# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **ROBERTO VENZOR,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No.: 4:20-cv-318-ALM-KPJ |
| § | |
| **COLLIN COUNTY, TEXAS,** *et al.*, § | |
| § | |
| Defendants. § | |
| § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 29, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #25) that Defendant Sheriff Jim Skinner's Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(6) ("Sheriff Skinner's Motion") (Dkt. #9) and Defendant Collin County's Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(6) ("Collin County's Motion") (Dkt. #10) be denied without prejudice. The Report further recommended that Plaintiff Roberto Venzor's ("Plaintiff") request for leave to file an amended complaint be granted. *See* Dkt. #25.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Sheriff Skinner's Motion (Dkt. #9) and Collin County's Motion (Dkt. #10) are hereby **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff shall file an amended complaint no later than twenty-one (21) days after the issuance of this Memorandum.

**IT IS SO ORDERED**.

**SIGNED this 23rd day of February, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE