# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **ROBERTO VENZOR,** | § | |
| **Plaintiff,** | § § § | |
| v. | § § | Civil Action No.: 4:20-cv-318-ALM-KPJ |
| **COLLIN COUNTY, TEXAS,** *et al.*, | § § § | |
| **Defendants.** | § § § § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 16, 2022, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #39) that Defendants Jim Skinner and Collin County's (together, "Defendants") Motions to Dismiss (the "Motions") (Dkts. #30, 31) be granted. *See* Dkt. #39.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED** that Defendants' Motions (Dkts. #30, 31) are **GRANTED.** Plaintiff Roberto Venzor's claims against Defendants Jim Skinner and Collin County are hereby **DISMISSED WITH PREJUDICE**.

**SIGNED** this 4th day of March, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE