# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **ROBERTO VENZOR,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:20-cv-318-ALM-KPJ |
| **COLLIN COUNTY, TEXAS,** *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 4, 2022, Plaintiff Roberto Venzor's ("Plaintiff") claims against Defendants Jim Skinner and Collin County, Texas were dismissed with prejudice. *See* Dkt. #40. On November 2, 2022, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #43) that Plaintiff's claims against the remaining Defendants Unknown Guards and Unknown Supervisors (the "Remaining Defendants") be dismissed without prejudice. *See id*.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's claims against the Remaining Defendants are **DISMISSED WITHOUT PREJUDICE**.

Accordingly, it is hereby **ORDERED** that all of Plaintiff's claims in this action are **DISMISSED**.

All relief not previously granted is **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**
**SIGNED this 12th day of December, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE